**Appeal reinstated and Order filed December 7, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00416-CR
_____

### GARRETT HOUSTON HANNES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCR-093173**

---

### ORDER

On October 28, 2021, this court abated this case and ordered the 268th District Court to conduct a hearing to determine whether appellant has successfully obtained counsel and, if he had not, whether he was entitled to appointed counsel and to appoint counsel for appellant if necessary. On December 2, 2021, the trial court clerk filed a supplemental clerk's record indicating that appellant's previously appointed counsel, Tot Le, was permitted to withdraw from the case,

1

and Patrick McCann had been appointed appellate counsel for all appeal matters in this case. As the status of appellant's legal representation has been fully clarified, the court hereby **REINSTATES** the appeal. Appellant shall file his brief in this case within 30 days of the date of this order.

.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.